UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN CREDICO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01876-JPH-MJD |
| | ) |
| UNKNOWN SHERIFF HAMILTON COUNTY, | ) |
| | ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE**

Mr. Credico brings suit against an anonymous "Unknown Hamilton County Sheriff." Dkts. 1, 1-2. The Court ordered Mr. Credico to show cause by November 22, 2024, why his complaint should not be dismissed without prejudice for failure to identify the defendant sued. Dkt. 6 at 2. He has not responded to this show cause order.

However, after the Court's show cause order, Mr. Credico moved for permission to receive electronic notification of the Court's orders because he is homeless and has no way of receiving mail. Dkt. 8. That motion was granted. Dkt. 9. Now that Mr. Credico can receive the Court's orders via email, he will get one final chance to respond to the Court's show cause order.

Mr. Credico shall have until **January 3, 2025** to **show cause** why his complaint should not be dismissed without prejudice for failure to identify the defendant sued. Failure to act by this deadline will result in the dismissal of this action without further warning or opportunity to show cause.

**SO ORDERED.**

Date: 12/4/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JUSTIN CREDICO
Homeless
jmc31337@gmail.com