UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUSTIN CREDICO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01876-JPH-MJD |
| | ) | |
| UNKNOWN SHERIFF HAMILTON COUNTY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING COMPLAINT, AUTHORIZING LIMITED DISCOVERY, AND DIRECTING FURTHER PROCEEDINGS**

Plaintiff Justin Credico was ordered to show cause why his complaint should not be dismissed without prejudice for failure to identify the defendant sued.  Dkts. 6, 10.  Mr. Credico's response does not identify any individual defendants that can be sued under § 1983.  Dkt. 11.  So, because Mr. Credico does not identify any suable defendants, his complaint is **dismissed**.  *See* dkts. 6, 10.

However, Mr. Credico argues that he "has provided enough facts that the federal discovery can [ascertain] the identity of the sheriff in question," so he should be given the opportunity "via discovery" to find the identity of the individual Hamilton County sheriff whom he alleges violated his constitutional rights.  Dkt. 11.  Accordingly, the Court will allow Mr. Credico a period of time to conduct discovery to identify individuals who may be proper defendants to his First and Fourth Amendment claims.  *See Donald v. Cook Cnty. Sheriff's Dep't*, 95 F.3d 548, 556 (7th Cir. 1996) (explaining courts may allow pro se

plaintiffs to conduct "discovery against high-level administrators with the expectation that they will identify the officials personally responsible").

Therefore:

a) The **clerk is directed** to update the docket to reflect that the Hamilton County Sheriff is now an **interested party**.

b) Process shall issue to the Sheriff, in his official capacity only, for the purpose of permitting him to appear in the action and respond to discovery requests regarding the identities and locations of defendants. The Sheriff need not answer the complaint.

c) The **clerk is directed** pursuant to Federal Rule of Civil Procedure 4(c)(3) to issue process to the Sheriff in the manner specified by Federal Rule of Civil Procedure 4(d). Process shall consist of the complaint (dkt. 1), the Court's show cause orders (dkts. 6, 10), applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Order.

d) Mr. Credico may serve discovery requests to the Sheriff for the limited purpose of identifying and locating defendants.

e) Mr. Credico shall have **through March 21, 2025**, to file an amended complaint that resolves the deficiencies discussed in this Order. Failure to do so in the time provided may result in the dismissal of this action without further warning or opportunity to show cause.

f) Mr. Credico's amended complaint must include the case number associated with this action, no. 1:24-cv-01876-JPH-MJD. It will completely replace the original complaint, so the amended complaint must be a complete statement of his claims. See *Beal v. Beller*, 847 F.3d 897, 901 (7th Cir. 2017) ("For pleading purposes, once an amended complaint is filed, the original complaint drops out of the picture.").

g) The **clerk is directed** to send a form civil rights complaint with Mr. Credico's copy of the order.

**SO ORDERED.**

Date: 1/17/2025

James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

Distribution:

JUSTIN CREDICO
Homeless
jmc31337@gmail.com

Hamilton County Sheriff's Office
18100 Cumberland Road
Noblesville, IN 46060