UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN CREDICO, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:24-cv-01876-JPH-MJD |
| UNKNOWN SHERIFF HAMILTON COUNTY, | ) |
| Defendant. | ) |
| HAMILTON COUNTY SHERIFF, | ) |
| Interested Party. | ) |

## ORDER TO SHOW CAUSE

Justin Credico's filings in this case have included vulgar profanity and threatening language directed at the Court and opposing counsel. *See, e.g.*, dkt. 14; dkt. 18-1. Examples of his vulgar and abusive language include:

- Referring to court proceedings and the Court's previous orders as "this bullshit." Dkt. 14.

- Accusing the Court of using "snake tactics to stall and play me out." *Id.*

- Stating that the Court "better walk its ass over to the military and fed govt official who is running this toon town clown show . . . ." *Id.*

- Stating: "Dont play me like a stupid fucktard . . . ." *Id.* at 2.

- Telling counsel to not be a "fukin maggot shitbag asshole." Dkt. 18-1 at 2.

- Calling counsel "fukin punk bitch" and "fukin asswipe." *Id.*

- Demanding counsel tell him "which sheriff bitch!" *Id.* at 4.

1

This conduct is completely inappropriate, unacceptable, and warrants the imposition of sanctions. "[A] court has the inherent authority to manage judicial proceedings and to regulate the conduct of those appearing before it, and pursuant to that authority may impose sanctions to penalize and discourage misconduct." *Ramirez v. T&H Lemont, Inc.*, 845 F.3d 772, 776 (7th Cir. 2016). Sanctions imposed "should be proportionate to the gravity of the offense." *Montano v. City of Chicago*, 535 F.3d 558, 563 (7th Cir. 2008). The sanction of outright dismissing a case, although a "particularly severe sanction," is within the Court's discretion. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 45 (1991). "Dismissal may be appropriate when a party has shown a lack of respect for the court or proceedings." *White v. Williams*, 423 F. App'x 645, 647 (7th Cir. 2011); *see also Petito v. Brewster*, 562 F.3d 761, 762–63 (5th Cir. 2009) (per curiam) (upholding sanction of dismissal where plaintiff "used vulgar and abusive language to refer to judicial officers, and he sent threatening e-mails to opposing counsel").

Accordingly, Mr. Credico is **ordered to show cause** why the Court should not dismiss this case with prejudice as a sanction for his misconduct, including but not limited to his filings at Dockets 14 and 18-1. Mr. Credico has until **March 10, 2025**, to respond to this show cause order. If Mr. Credico fails to respond to this order, this case will be dismissed with prejudice without further warning.

Additionally, all discovery in this case is **stayed** until the end of the show cause period on March 10, 2025. Interested parties are not obligated to respond to any discovery requests during the show cause period.

**SO ORDERED.**

Date: 2/24/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JUSTIN CREDICO
Homeless
jmc31337@gmail.com

Adam Scott Willfond
Hamilton County Legal Department
adam.willfond@hamiltoncounty.in.gov